FILED
CLERK, U.S. DISTRICT COURT

AUG - 8 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ROBBIE DEE BRAGER,<br><br>        Petitioner,<br><br>    v.<br><br>JEANNE WOODFORD, CDCR Director,<br><br>        Respondent. | No. ED CV 06-509-DDP (PLA)<br><br>**ORDER ADOPTING MAGISTRATE JUDGE'S FINAL REPORT AND RECOMMENDATION** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the entire file de novo, including the magistrate judge's final report and recommendation and petitioner's objections. The Court agrees with the recommendations of the magistrate judge.

ACCORDINGLY, IT IS ORDERED:

1. The final report and recommendation is adopted.
2. Judgment shall be entered consistent with this order.
3. The clerk shall serve this order and the judgment on all counsel or parties of record.

DATED: 8-8-08

HONORABLE DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE