FILED
CLERK, U.S. DISTRICT COURT
AUG - 8 2008
CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| ROBBIE DEE BRAGER, | No. ED CV 06-509-DDP (PLA) |
| Petitioner, | |
| v. | **JUDGMENT** |
| JEANNE WOODFORD, CDCR Director, | |
| Respondent. | |

Pursuant to the order adopting the magistrate judge's final report and recommendation, IT IS ADJUDGED that the petition in this matter is denied and dismissed with prejudice.

DATED: 8-8-08

HONORABLE DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE